1  Amy L. Bennecoff (275805)
   Kimmel & Silverman, P.C.
2  30 East Butler Pike
   Ambler, PA 19002
3  Telephone: 215-540-8888
   Facsimile: 215-540-8817
4  teamkimmel@creditlaw.com
5  Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN SPIES, | |
| Plaintiff, | Civil Action No. 5:19-cv-00492-EJD |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |

**APPROVED**
Judge Edward J. Davila
9/25/2019

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/ Debbie P. Kirkpatrick | /S/ Amy L. Bennecoff Ginsburg |
| Debbie P. Kirkpatrick, Esq. | Amy L. Bennecoff Ginsburg Esq. |
| Sessions Fishman Nathan & Israel, LLP | Kimmel & Silverman, P.C. |
| 1545 Hotel Circle South | 30 East Butler Pike |
| Suite 150 | Ambler, PA 19002 |
| San Diego, CA 92108 | Phone: (215) 540-8888 |
| Phone: 609-758-1891 | Fax: (215) 540-8817 |
| Email: dkirkpatrick@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: September 24, 2019 | Date: September 24, 2019 |

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Debbie P. Kirkpatrick, Esq.
Sessions Fishman Nathan & Israel, LLP
1545 Hotel Circle South
Suite 150
San Diego, CA 92108
Phone: 609-758-1891
Email: dkirkpatrick@sessions.legal
Attorney for the Defendant

DATED: September 24, 2019         /s/ Amy L. Bennecoff Ginsburg
                                  Amy L. Bennecoff Ginsburg Esq.
                                  Kimmel & Silverman, P.C.
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Tel: 215-540-8888
                                  Fax: 215-540-8817
                                  Email: teamkimmel@creditlaw.com
                                  Attorney for Plaintiff